FILED: February 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4082

(1:23-mj-00032-LRV-RDA-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES GORDON MEEK

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:23-mj-00032-LRV-RDA-1 |
| Date notice of appeal filed in originating court: | 02/10/2023 |
| Appellant | James Gordon Meek |
| Appellate Case Number | 23-4082 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |