FILED: June 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4082
(1:23-mj-00032-LRV-RDA-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JAMES GORDON MEEK

  Defendant - Appellant

_____

O R D E R

_____

  Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

  Entered at the direction of Judge Harris with the concurrence of Chief Judge Gregory and Judge Wynn.

         For the Court

         /s/ Patricia S. Connor, Clerk