FILED: July 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4082
(1:23-mj-00032-LRV-RDA-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JAMES GORDON MEEK

  Defendant - Appellant

_____

M A N D A T E
_____

  The judgment of this court, entered 06/27/2023, takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*